

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00887-CV

**IN THE INTEREST OF D.J.S., A CHILD**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00363
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Extension of Time to File the Clerk's Record is hereby NOTED. Time is extended to January 22, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.



_____
Michael A. Cruz,
Clerk of Court